IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCEL WILLIS,

        Plaintiff,        No. CIV S-10-1631 MCE GGH P

    vs.

FOLSOM STATE PRISON
MEDICAL STAFF, et al.        ORDER &

        Defendants.        FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By Order, filed October 8, 2010, certain defendants and claims were dismissed from plaintiff's first amended complaint with leave to file a second amended complaint. Plaintiff was informed that upon the filing of a second amended complaint or expiration of time therefor, the court would make further orders for service of process upon some or all defendants. Plaintiff has elected not to file a second amended complaint and the time for doing so has expired.

        As was stated in the preceding order, a colorable claim for relief against defendants Sergeant Curry; Correctional Officer (C/O) Douchow; C/O Vasquez; Correctional Counselor (CC) I Johnston; Appeal Coordinator Casey; Dr. Lee; Registered Nurse (RN) Pete;

1

1  RN Diana O'Laughlin; Captain Hayward, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. §

2  1915A(b) was stated within the (first amended) complaint.

3  However, as to plaintiff's claims against defendants Prunity, Haworth, Dunlap,

4  Quarte, Tennison, Bickford, and Barker, the court now recommends they be dismissed from this

5  action, as well as any claim of conspiracy against defendants Johnston and Hayward, for the

6  reasons discussed in the <u>Order</u>, filed on October 8, 2010.

7  In accordance with the above, IT IS HEREBY ORDERED that:

8  1. Service is appropriate for the following defendants: Sergeant Curry; C/O

9  Douchow; C/O Vasquez; CC I Johnston; Appeal Coordinator Casey; Dr. Lee; RN Pete; RN

10  Diana O'Laughlin; Captain Hayward.

11  2. The Clerk of the Court shall send plaintiff nine (9) USM-285 forms, one

12  summons, an instruction sheet and a copy of the amended complaint filed September 2, 2010

13  (docket # 11).

14  3. Within twenty-eight days from the date of this order, plaintiff shall complete

15  the attached Notice of Submission of Documents and submit the following documents to the

16  court:

17  a. The completed Notice of Submission of Documents;

18  b. One completed summons;

19  c. One completed USM-285 form for each defendant listed in number 1

20  above; and

21  d. Ten (10) copies of the endorsed amended complaint filed September 2,

22  2010 (docket # 11)..

23  4. Plaintiff need not attempt service on defendants and need not request waiver of

24  service. Upon receipt of the above-described documents, the court will direct the United States

25  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

26  without payment of costs.

1    IT IS RECOMMENDED that defendants Prunity, Haworth, Dunlap, Quarte, Tennison, Bickford, Barker, and any claim of conspiracy against defendants Johnston and Hayward, be dismissed.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 15, 2010

                                           /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
will1631.1am+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCEL WILLIS,

        Plaintiff,        No. CIV S-10-1631 MCE GGH P

    vs.

FOLSOM STATE PRISON
MEDICAL STAFF, et al.        NOTICE OF SUBMISSION

        Defendants.        OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__        completed summons form

        __9__        completed USM-285 forms

        __10__       copies of the September 2, 2010
                                  Amended Complaint

DATED:

                                              Plaintiff