IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCEL WILLIS,

      Plaintiff,                    No. CIV S-10-1631 KJM GGH P

    vs.

FOLSOM STATE PRISON
MEDICAL STAFF, et al.,

      Defendants.             ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On December 15, 2010, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed December 15, 2010, are adopted in full; and

4       2.  Defendants Prunity, Haworth, Dunlap, Quarte, Tennison, Bickford and Barker are dismissed, and any claim of conspiracy against defendants Johnston and Hayward is dismissed as well.

DATED: March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

/will1631.804