IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCELL WILLIS,** | Case No. 2:10-cv-1631 KJM AC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO FILE PLAINTIFF'S MEDICAL RECORDS UNDER SEAL FOR IN CAMERA REVIEW** |
| v. | |
| **FOLSOM STATE PRISON MEDICAL STAFF, et al.,** | |
| Defendants. | |

   Good cause appearing, Defendants' counsel may file Plaintiff Marcell Willis' medical records under seal.  The Court will review the information in camera in relation to the motion for summary judgment and the records will be returned to Defendants' counsel at the close of this action.


Dated:  April 16, 2013.

*[signature]*
The Honorable Allison Claire